# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUA ELEMENT LLC and CHRISTOPHER D. ADAMSON, | Case No.: 2:22-cv-02085-APG-DJA |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| KALEI CULHANE and CHEYENNE ANDUHA, | |
| Defendants | |

The plaintiffs have not taken action to prosecute their claims against the defendants since February 2023. The clerk of court therefore issued a notice on January 4, 2024 advising the plaintiffs that if they took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 11. The plaintiffs have taken no action.

I THEREFORE ORDER that the plaintiffs' complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE